IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:11CR3012 |
| | ) | |
| v. | ) | |
| | ) | MEMORANDUM AND ORDER |
| RAYMOND RICHARDSON, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

1) On or before July 15, 2011, the defendant shall file a brief in support of his motion to dismiss (filing no. 26). The government's responsive brief shall be filed on or before July 27, 2011, with any reply thereto filed on or before August 5, 2011.

2) The court will determine if an evidentiary hearing is warranted upon review of the parties' briefs.

3) Trial of this case is continued pending resolution of defendant's motion to dismiss.

DATED this 5th day of July, 2011.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge